

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

July 7, 1960

Mr. N. F. Foster
County Auditor
Smith County
Tyler, Texas

Opinion No. WW-874

Re: Whether the County Audi-
tor of Smith County can
approve for payment a
claim by a court report-
er for a transcript of a
tape recording under facts
submitted.

Dear Mr. Foster:

You have requested an opinion from this office
as to whether you can approve for payment a claim in
the amount of $5.25 submitted by the Court Reporter of
the Court of Domestic Relations in Smith County, for
the transcript of a tape recording which the Criminal
District Attorney of Smith County authorized her to
transcribe. You state further that this was a trans-
cription of a radio broadcast by the owner and operator
of the Starlight Club whose club was involved in a raid
by all departments of the law enforcement of Smith Coun-
ty during the month of March, 1960, and that two criminal
cases were filed as a result of such raid.

Article 2324, Vernon's Civil Statutes, sets forth
the duties of a court reporter for which the reporter is
compensated by the State. These duties evidence only ser-
vices which are incident to the trial of a case in the
court which the reporter is appointed to serve. However,
a court reporter may contract with other individuals for
the performance of stenographic services which are not a
part of his official duties. Attorney General Opinions
Nos. 0-4575, 0-4575A, V-538 and V-976. In our opinion,
under the facts that you have described the court report-
er is not prohibited from making a charge for work done in
transcribing the tape of a radio broadcast.

Accepting the fact that a court reporter can con-
tract with other individuals for the performance of steno-
graphic duties outside of those assigned by the court or
by statute, it must be determined whether the Criminal
District Attorney of Smith County has the authority to
order the transcribing by the court reporter of this radio
tape. Under Article 3899, Section (b), Vernon's Civil

Statutes, a Criminal District Attorney is authorized to charge to his county all reasonable expenses necessary in the proper and legal conduct of his office:

> "Each officer named in this Act, where he receives a salary as compensation for his services, shall be entitled and permitted to purchase or charge to his county all reasonable expenses necessary in the proper and legal conduct of his office . . ."

According to the letter to you by the Criminal District Attorney, he thought that the transcript in question would be of material aid to his office in preparing for the trial of criminal cases. Under those circumstances, it is our opinion that the work in question was such that would authorize the District Attorney to charge it to the County.

### SUMMARY

A court reporter, upon authorization by the proper official, may make a claim against the county for compensation for stenographic duties performed for the Criminal District Attorney outside of those duties prescribed by the court or by statute.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John C. Steinberger
John C. Steinberger
Assistant

JCS:mm

APPROVED:

OPINION COMMITTEE
C. K. Richards, Chairman

Mary K. Wall
Marietta Payne
Fred Werkenthin

REVIEWED FOR THE ATTORNEY GENERAL
BY: Leonard Passmore